United States District Court
Southern District of Texas
**ENTERED**
March 31, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRACAY McUMBER, Individually and on on behalf of all others similarly situated | § § § | |
| VS | § | CIVIL ACTION NO. H-26-1037 |
| CATALYST RCM LLC. | § § | |

## ORDER OF DISMISSAL

In accordance with the Notice of Volunary Dismissal filed on March 24, 2026 (Doc. No. 8), this case is DISMISSED without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

SIGNED on this 31st day of March 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE